## LAWRENCE ET AL. *v.* CITY OF CHICAGO

No. 509.   Decided November 17, 1969

*John M. Bowlus* for appellants.

*Raymond F. Simon, Marvin E. Aspen,* and *John J. George* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.